COURT OF APPEALS OF VIRGINIA

Present: Judges Alston, Chafin and Senior Judge Haley

BRIAN GROGAN

MEMORANDUM OPINION[*]
v.      Record No. 0659-15-2          PER CURIAM
                                      FEBRUARY 9, 2016

VIRGINIA AIRLINK, LLC AND
  UNINSURED EMPLOYER'S FUND

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Brian Grogan, *pro se*, on briefs).

(Michael P. Del Bueno; Megan A. Kerwin; Whitt & Del Bueno, PC,
on brief), for appellee Virginia Airlink, LLC.

(Arthur T. Aylward; David A. Obuchowicz; Midkiff, Muncie, and
Ross, P.C., on brief), for appellee Uninsured Employer's Fund.


Brain Grogan (claimant) appeals the decision of the Workers' Compensation

Commission (Commission) finding that he was not entitled to disability and medical benefits

because he was not an employee of Virginia Airlink, LLC (Airlink). On appeal, claimant argues

the deputy commissioner erred in applying case law, state and federal regulations, and the

common law and the review by the Commission was "erroneous on the statement of fact,

regulation, and law." We have reviewed the record and the Commission's opinion and find that

this appeal is without merit. Accordingly, we affirm for the reasons stated by the Commission in

its opinion. See Grogan v. Virginia Airlink, LLC, JCN VA02000017332 (Mar. 30, 2015).[1] We

dispense with oral argument and summarily affirm because the facts and legal contentions are

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

[1] On May 22, 2015, Airlink filed a motion to dismiss the appeal because claimant failed
to comply with Rules 5A:1(D), 5A:11(B), and 5A:25(D). We deny the motion to dismiss.

adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>